IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:21-CV-00163-M

| | |
|---|---|
| DIANE MILLER, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| NASH COUNTY DEPARTMENT OF SOCIAL SERVICES, and KIMBERLY S. NICHOLSON, in her individual and official capacity, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

This matter comes before the court on Plaintiff's motion seeking the court's leave to allow her to file an amended complaint. [DE-15] Because it appears that allowing the amendment is in the interest of justice and the court discerns no basis for denying the motion, the motion is GRANTED. *See* Fed. R. Civ. P. 15(a)(2); *Laber v. Harvey*, 438 F.3d 404, 427 (4th Cir. 2006) (*en banc*). The Clerk of Court is DIRECTED to docket the amended complaint [DE-19] as Plaintiff's operative pleading in this matter, and the other pending motions concerning the prior complaint [DE-9; DE-17] are DISMISSED AS MOOT.

SO ORDERED this the 7th day of June, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1